IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICO JUHWAN HUDSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-5936

Opinion filed May 8, 2015.

An appeal from the Circuit Court for Escambia County.

Nancy A. Daniels, Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. See Logan v. State, 846 So. 2d 472 (Fla. 2003). This disposition is without prejudice to appellant pursuing his appellate remedies in the pending appeal in case number 1D14-5697, in which appellant is represented by appointed counsel.

LEWIS, C.J., WETHERELL and RAY, JJ., CONCUR.